# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr- *193* |
|  | ) |
| Plaintiff, | ) ORDER FOR ISSUANCE OF |
|  | ) WRIT OF HABEAS CORPUS |
| vs. | ) AD PROSEQUENDUM FOR |
|  | ) KENNETH EARL BROOKS |
| KENNETH EARL BROOKS, | ) (ID#) 2859360 |
|  | ) |
|  | ) |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **KENNETH EARL BROOKS** before the United States District Court at Las Vegas, Nevada, on or about _____ Thursday, June 30, 2016 _____, at the hour of 3:00 p.m. for arraignment and any Courtroom 3B, PAL further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 21, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIELL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
   Suite 1100
4  Las Vegas, Nevada  89101
   702-388-6336
5

6              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
7                        -oOo-

8
   UNITED STATES OF AMERICA,        )   Case No.: 2:16-cr- *193*
9                                    )
                  Plaintiff,         )   PETITION FOR WRIT OF HABEAS
10                                   )   CORPUS AD PROSEQUENDUM FOR
        vs.                          )   KENNETH EARL BROOKS
11                                   )   (ID#) 2859360
   KENNETH EARL BROOKS,             )
12                                   )
                  Defendant.         )
13                                   )
   _____   )

14
        The petition of the United States Attorney for the District of Nevada respectfully shows

15
   that **KENNETH EARL BROOKS**, is committed by due process of law in the custody of the

16
   Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said

17
   **KENNETH EARL BROOKS** be temporarily released under a Writ of Habeas Corpus Ad

18
   Prosequendum so that the said **KENNETH EARL BROOKS** may be present before the United

19
   States District Court for the District of Nevada, Las Vegas, Nevada, on

20
   _____Thursday, June 30, 2016_____ ____, at the hour of 3:00 p.m., for arraignment and from time to
            Courtroom 3B, PAL

21
   time and day to day thereafter until excused by the said Court.

22
        That the presence of the said **KENNETH EARL BROOKS** before the United States

23
   District Court on or about _____Thursday, June 30, 2016_____ ____, at the hour of 3:00 p.m., for
                                      Courtroom 3B, PAL
24

1    arraignment and from time to time and day to day thereafter until excused by the Court has

2    been ordered by the United States Magistrate or District Judge for the District of Nevada.

3        WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

4    Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

5    Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

6    them to produce the said **KENNETH EARL BROOKS** before the United States District Court

7    on or about ___   Thursday, June 30, 2016 <br> Courtroom 3B, PAL      _____, at the hour of 3:00 p.m., for arraignment

8    and from time to time and day to day thereafter, at such times and places as may be ordered and

9    directed by the Court entitled above, to appear before the Court, and when excused by the said

10    Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas,

11    Nevada.

12        DATED this 21st day of June, 2016.

13

14          Respectfully submitted,

15          DANIELL G. BOGDEN <br> United States Attorney

16

17          PHILLIP N. SMITH, JR. <br> Assistant United States Attorney

18

19

20

21

22

23

24

2