DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar No. 10233
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
phillip.smith@usdoj.gov

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-CR-193-KJD-VCF |
| ) | |
| ) | **MOTION FOR EXTENSION OF TIME** |
| Plaintiff, ) | **AND** ~~PROPOSED~~ **ORDER** |
| ) | |
| v. ) | |
| ) | |
| KENNETH EARL BROOKS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**MOTION FOR EXTENSION OF TIME**

   The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, hereby files a Motion to extend the date for the Government to file a response to the Defendant's Motion to Suppress (Docket #19) for three (3) weeks.

   This Motion is filed for the following reasons:

   1.   On September 1, 2016, the Defendant filed a Motion to Suppress.  *See* Docket #22.  PACER set the Government's response deadline for September 18, 2016, which fell on a Sunday.

2.     On September 26, 2016, undersigned counsel for the United States anticipates commencing trial in the matter of *United States v. Louis Matthews*, case number 2:15-cr-062-JCM-CWH.  Defendant Matthews is charged with participating in a drug conspiracy charge and committing a first-degree murder.  The Government has subpoenaed approximately 60 witnesses for said trial and has had to conduct pre-trial conferences and has been preparing for the *Matthews* trial for the past month and a half, which has taken away from time needed to prepare a response to the Defendant's Motion to Suppress, taking into account due diligence.  Defendant Matthews is in custody pending trial.  It is expected that the trial will last a week and a half.

3.     On September 19, 2016, the Defendant filed a second stipulation to continue the trial.  *See* Docket #24.

4.     The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to prepare a response to the Defendant's Motion to Suppress.

5.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.     This is the first motion filed herein to continue the Government's response deadline.

DATED:  September 19, 2016.

                                              Respectfully submitted,

                                              DANIEL BOGDEN
                                              United States Attorney

                                              _____//s//_____
                                              PHILLIP N. SMITH, JR.
                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-CR-193-KJD-VCF |
| ) | |
| ) | **FINDINGS OF FACT AND** |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| KENNETH EARL BROOKS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **FINDINGS OF FACT**

Based on the pending Motion made by the United States, and good cause appearing therefore, the Court finds that:

1. On September 1, 2016, the Defendant filed a Motion to Suppress. *See* Docket #22. PACER set the Government's response deadline for September 18, 2016, which fell on a Sunday.

2. On September 26, 2016, undersigned counsel for the United States anticipates commencing trial in the matter of *United States v. Louis Matthews*, case number 2:15-cr-062-JCM-CWH. Defendant Matthews is charged with participating in a drug conspiracy charge and committing a first-degree murder. The Government has subpoenaed approximately 60 witnesses for said trial and has had to conduct pre-trial conferences and has been preparing for the *Matthews* trial for the past month and a half, which has taken away from time needed to prepare a response to the Defendant's Motion to Suppress, taking into account due diligence. Defendant Matthews is in custody pending trial. It is expected that the trial will last a week and a half.

3. On September 19, 2016, the Defendant filed a second stipulation to continue the trial. *See* Docket #24.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to prepare a response to the Defendant's Motion to Suppress.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first motion filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion response deadline.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to prepare and file a response, taking into account due diligence. The failure to grant said continuance would likely result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress (Docket #22) is extended until _____October 11_____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE