**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH EARL BROOKS,<br><br>        Defendant. | 2:16-cr-193-KJD-VCF<br><br>**ORDER** |

      Before the Court is the Motion for Extension of Time and Proposed Order (ECF No. 28).

      IT IS HEREBY ORDERED that a hearing on the Motion for Extension of Time and Proposed Order (ECF No. 28) is scheduled for 1:00 p.m., October 21, 2016, in Courtroom 3D.

      DATED this 13th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE