UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>VS.<br><br>KENNETH EARL BROOKS<br><br>    Defendant, | 2:16-cr-00193-KJD-VCF<br><br>MINUTES OF THE COURT<br><br>Dated: December 5, 2016 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

DEPUTY CLERK:           DENISE SAAVEDRA

COURT REPORTER:      HEATHER NEWMAN

PRESENT FOR PLAINTIFF:     PHILLIP SMITH AND KILBY MACFADDEN, AUSA

PRESENT FOR DEFENDANT:   HEIDI OJEDA AND SHARI KAUFMAN, AFPD

JURY TRIAL - DAY 1

       Proceedings begin at 9:00 a.m.   Defendant is present. Officer Michael Loving is present as case agent.

       The hears representations on [71] Defendant's Motion in Limine to cover face tattoo. The Court DENIES Motion.

       49 Proposed jurors enter the Courtroom at 9:23 a.m. and are sworn. Voir Dire begins.

       Counsel exercise peremptory challenges.

       14 jurors are seated and sworn. The Court admonishes the jury.

       Proceedings recess from 12:02 p.m. - 1:15 p.m.

       Mr. Smith presents the Government's opening statement.

USA vs. KENNETH EARL BROOKS
2:16-CR-00193-KJD-VCF
December 5, 2016
Page two

---

Ms. Ojeda presents the Defendant's opening statement.

**Kara Pendleton** is sworn to testify as a witness for the Government. Ms. Macfadden examines the witness. Government exhibits 4 and 5A are marked and admitted. Ms. Macfadden passes the witness for cross examination. Ms. Ojeda cross examines the witness. The witness is excused.

**Rudolfo Naranjo** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government exhibits 2-1, 2-2, 2-3, 5B are marked and admitted.

Proceedings recess from 2:35 p.m. - 2:51 p.m.

Outside the presence of the jury, mattes are addressed.

**Rudolfo Naranjo** resumes the witness stand. Mr. Smith continues with direct examination. Government exhibits 7, 8, and 2-12 are marked and admitted. Mr. Smith passes the witness for cross examination. Ms. Kaufman cross examines the witness. Defense exhibit 508 is marked and admitted. After further questions by Mr. Smith and Ms. Kaufman, the witness is excused.

Jurors are admonished at 5:20 p.m.

Proceedings recess at 5:20 p.m.

**IT IS ORDERED** that the jury trial is continued to Tuesday, December 6, 2016 at 10:00 A.M.


LANCE S. WILSON, CLERK
UNITED STATES DISTRICT COURT


/s/ Denise Saavedra
DEPUTY CLERK