UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>vs.<br><br>KENNETH EARL BROOKS,<br><br>              Defendant. | Case No.: 2:16-cr-0193-KJD-VCF |

## ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on August 27, 2018 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on August 28, 2018.

DATED this _6th_ day of August, 2018.

_____
Kent J. Dawson, U.S. District Judge
United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendants.
I authorize_____ to retrieve *Plaintiff's/Defendant's* exhibits.
               (name)                                           (circle one)

Dated:_____    _____
                                        Signature of counsel

Plaintiff's exhibits received by: _____  Date:_____
Defendant's exhibits received by: _____  Date:_____